UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
YESHIVA BINYAN DAVID,

                Appellant,

— against —

KENNETH P. SILVERMAN, as Chapter 7
Trustee of Allou Distributors, Inc., et al,

                Appellees.
-------------------------------------------------------X

**AMENDED JUDGMENT**

06 CV 2121 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ JUN 19 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 28, 2007, dismissing the case, without prejudice, for lack of prosecution; it is

ORDERED and ADJUDGED that appellant's appeal of the Order of U.S. Bankruptcy Judge Melanie L. Cyganowski, entered on March 24, 2006, is dismissed for lack of prosecution.

Dated: Brooklyn, New York
       April 18, 2007

By: _____s/ USDJ Sandra L. Townes_____

DOCKET & FILE